UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID TRAN | CIVIL ACTION |
| VERSUS | NUMBER: 18-3465 |
| UNITED STATES MARSHALS SERVICE, ET AL | SECTION: "I"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915A(b) and 42 U.S.C. §1997e(c).

New Orleans, Louisiana, this 11th day of June, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE